## McWILLIAMS v. FT. STOCKTON IRRIGATED LANDS CO.

(Court of Civil Appeals of Texas. El Paso. April 24, 1913.)

APPEAL AND ERROR (§ 655*)—REVIEW—SUFFICIENT STATEMENT OF FACTS—RULINGS ON EVIDENCE—INSTRUCTIONS.

Where the statement of facts was stricken for failure to comply with Supreme Court rules 72 and 78, assignments of error relating to the admission of evidence and the court's charge cannot be reviewed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2823–2825; Dec. Dig. § 655.*]

Appeal from Pecos County Court; Jno. M. Odom, Judge.

Action by J. F. McWilliams against the Ft. Stockton Irrigated Lands Company. Judgment for defendant, and plaintiff appeals. Affirmed.

R. D. Blaydes, of Ft. Stockton, for appellant. O. W. Williams and W. C. Jackson, both of Ft. Stockton, for appellee.

HARPER, C. J. J. F. McWilliams, real estate agent, brought this suit for commissions for furnishing purchaser for certain tracts of land belonging to the defendant, Ft. Stockton Irrigated Lands Company.

On February 5, 1913, the statement of facts filed was stricken from the files, because not in compliance with rules 72 to 78 prescribed by the Supreme Court, for the reasons given in Albers v. Roberts, 150 S. W. 596.

The errors assigned in the appellant's brief will not be considered, because they all relate to the charge of the court or to the admissibility of evidence, and they cannot be considered in the absence of statement of facts. Mayo v. Goldman, 44 Tex. Civ. App. 80, 97 S. W. 1061; Boyette v. Glass, 140 S. W. 819.

---

There being no fundamental error apparent upon the face of the record, the cause must be affirmed; and it is so ordered.

McKENZIE, J., not sitting.